**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Middle District of North Carolina**

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

**12/15**

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. **Chapter of the Bankruptcy Code**    *Check one:*

   ■ Chapter 7
   ☐ Chapter 11

**Part 2:    Identify the Debtor**

2. **Debtor's name**    **Chadley Capital LLC**

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**    ■ Unknown

   EIN _____

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | **6081 Mountain Brook Road** | |
   | Number          Street | Number          Street |
   | | P.O. Box |
   | | **00000-0000** |
   | **Greensboro NC 27455-0000** | |
   | City          State          Zip Code | City          State          Zip Code |
   | | **Location of principal assets, if different from principal place of business** |
   | **Guilford** | |
   | County | Number          Street |
   | | |
   | | City          State          Zip Code |

6. **Debtor's website** (URL)    **chadleycap.com**

7. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**    *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Debtor    **Chadley Capital LLC**

Case number *(if known)* _____

- ☐ Railroad (as defined in 11 U.S.C. § 101(44)
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)
- ☐ None of the types of business listed.
- ■ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☐ No
- ■ Yes. Debtor

| | | | |
|---|---|---|---|
| Debtor | **Chadley Management, INC., d/b/a Spartan Safe** | Relationship | **Affiliate** |
| District | **Middle District of North Carolina** | Date filed **December 8, 2022** MM / DD / YYYY | Case number, if known **22-50726** |

| **Part 3:** | **Report About the Case** |
|---|---|

**10. Venue**

*Check one:*

- ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ■ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Marcus Shelton** | **Judgments** | $**5461925** |
| | | $ |
| | | $ |
| **Cripps Properties** | **Breach of Contract** | $**675991.67** |
| | | $ |
| | | $ |
| **Richard Vanstory Jr.** | **Breach of Contract** | $**111429.65** |
| | | $ |
| | | $ |
| **The Giaimo Management, LLC** | **Breach of Contract** | $**1144976.63** |
| | | $ |
| | | $ |
| **New Century Hospitality Inc.** | **Breach of Contract** | $**54805.59** |
| | | $ |
| | | $ |
| **Century Oaks Management Group** | **Breach of Contract** | $**626,868.11** |

Debtor  **Chadley Capital LLC**                                          Case number *(if known)* _____

| | | |
|---|---|---|
| **LLC** | | |
| | | $ |
| | | $ |
| **Bonny B. Shelton** | Judgment | $2440229.94 |
| | | $ |
| | | $ |
| **Kendall Ward** | Breach of Contract | $250000 |
| | | $ |
| | | $ |
| **R.L. Vanstory Company, L.L.C** | Breach of Contract | $640492.96 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $11406719.6 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

---

## Part 4    Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Marcus Shelton**
Name

**7304 Autumn Lake Dr.**
Number          Street
**Summerfield NC 27358-0000**
City                          State          Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number          Street

City                          State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on     **March 11, 2024**
                     MM / DD / YYYY

**/s/ Marcus Shelton**
Signature of petitioner or representative, including representative's title

**Robert A. Cox, Jr.**
Printed name

**Hamilton Stephens Steele + Martin, PLLC**
Firm name, if any
**525 N. Tryon Street, Suite 1400**
Number    Street
**Charlotte NC 28202-0000**
City                          State          Zip Code
Contact phone    **704-227-1069**        Email    **RCox@lawhssm.com**

Bar number    **21998**

State    **NC**

**/s/ Robert A. Cox, Jr.**
Signature of attorney

Date signed    **March 11, 2024**
                     MM / DD / YYYY

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Cripps Properties**
Name

**Robert A. Cox, Jr.**
Printed name

Debtor    **Chadley Capital LLC**

Case number *(if known)* _____

---

**5009 Forest Oaks Drive**

Number     Street

**Greensboro NC 27406-8318**

City                         State         Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number     Street

City                         State         Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 11, 2024**

MM / DD / YYYY

**/s/ Kevin T. Cripps**

Signature of petitioner or representative, including representative's title

---

**Hamilton Stephens Steele + Martin, PLLC**

Firm name, if any

**525 N. Tyron Street**
**Suite 1400**

Number     Street

**Charlotte NC 28202-0000**

City                                      State         Zip Code

Contact phone                         Email    **RCox@lawhssm.com**
              **704-227-1069**

Bar number    **21998**

State         **NC**

**/s/ Robert A. Cox, Jr.**

Signature of attorney

Date signed    **March 11, 2024**

MM / DD / YYYY

---

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Richard Vanstory Jr.**

Name

**4807 Koger Blvd Suite E**

Number     Street

**Greensboro NC 27407-0000**

City                         State         Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number     Street

City                         State         Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 11, 2024**

MM / DD / YYYY

**/s/    Richard Vanstory Jr.**

Signature of petitioner or representative, including representative's title

---

**Robert A. Cox, Jr.**

Printed name

**Hamilton Stephens Steele + Martin, PLLC**

Firm name, if any

**525 N. Tyron Street**
**Suite 1400**

Number     Street

**Charlotte NC 28202-0000**

City                                      State         Zip Code

Contact phone                         Email    **RCox@lawhssm.com**
              **704-227-1069**

Bar number    **21998**

State         **NC**

**/s/ Robert A. Cox, Jr.**

Signature of attorney

Date signed    **March 11, 2024**

MM / DD / YYYY

---

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**The Giaimo Management, LLC**

Name

**6175 Center Camp Court**

Number     Street

**Robert A. Cox, Jr.**

Printed name

**Hamilton Stephens Steele + Martin, PLLC**

Firm name, if any

---

Debtor   **Chadley Capital LLC**

Case number *(if known)* _____

**Greensboro NC 27455-0000**

City _____ State ___ Zip Code

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City _____ State ___ Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 11, 2024**
MM / DD / YYYY

**/s/ Francesco Giaimo**

Signature of petitioner or representative, including representative's title

---

**525 N. Tyron Street**
**Suite 1400**
Number   Street

**Charlotte NC 28202-0000**
City _____ State ___ Zip Code

Contact phone   **704-227-1069**   Email   **RCox@lawhssm.com**

Bar number   **21998**

State   **NC**

**/s/ Robert A. Cox, Jr.**
Signature of attorney

Date signed   **March 11, 2024**
MM / DD / YYYY

---

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**New Century Hospitality Inc.**
Name

**5304 Century Oaks Dr**
Number   Street

**Greensboro NC 27455-0000**
City _____ State ___ Zip Code

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City _____ State ___ Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 11, 2024**
MM / DD / YYYY

**/s/ Antonio Giaimo**

Signature of petitioner or representative, including representative's title

---

**Robert A. Cox, Jr.**
Printed name

**Hamilton Stephens Steele + Martin, PLLC**
Firm name, if any

**525 N. Tyron Street**
**Suite 1400**
Number   Street

**Charlotte NC 28202-0000**
City _____ State ___ Zip Code

Contact phone   **704-227-1069**   Email   **RCox@lawhssm.com**

Bar number   **21998**

State   **NC**

**/s/ Robert A. Cox, Jr.**
Signature of attorney

Date signed   **March 11, 2024**
MM / DD / YYYY

---

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Century Oaks Management Group LLC**
Name

**3704 Watauga Drive**
Number   Street

**Greensboro NC 27410-0000**
City _____ State ___ Zip Code

---

**Robert A. Cox, Jr.**
Printed name

**Hamilton Stephens Steele + Martin, PLLC**
Firm name, if any

**525 N. Tyron Street**
**Suite 1400**
Number   Street

Debtor    **Chadley Capital LLC**                                      Case number *(if known)* _____

**Name and mailing address of petitioner's representative, if any**

**Charlotte NC 28202-0000**

City                                          State        Zip Code

Contact phone          **704-227-1069**        Email    **RCox@lawhssm.com**

Name _____

Bar number    **21998**

Number      Street

State         **NC**

City                      State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 11, 2024**          **/s/ Robert A. Cox, Jr.**
              MM / DD / YYYY                Signature of attorney

                                           Date signed    **March 11, 2024**
                                                          MM / DD / YYYY
**/s/ Antonino Giaimo**

Signature of petitioner or representative, including representative's title

---

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Billy G. and Bonny B. Shelton**                    **Robert A. Cox, Jr.**
Name                                                 Printed name

**6271 Riverside Drive**                             **Hamilton Stephens Steele + Martin, PLLC**
Number      Street                                   Firm name, if any
                                                     **525 N. Tyron Street**
**Danville VA 24545-0000**                           **Suite 1400**
City                      State          Zip Code    Number      Street
                                                     **Charlotte NC 28202-0000**
**Name and mailing address of petitioner's representative, if any**    City        State      Zip Code

                                                     Contact phone    **704-227-1069**    Email    **RCox@lawhssm.com**
Name _____

                                                     Bar number    **21998**
Number      Street

                                                     State         **NC**
City                      State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 11, 2024**          **/s/ Robert A. Cox, Jr.**
              MM / DD / YYYY                Signature of attorney

                                           Date signed    **March 11, 2024**
**/s/**   **Bonny B. Shelton**                        MM / DD / YYYY

Signature of petitioner or representative, including representative's title

---

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Kendall Ward**                                     **Robert A. Cox, Jr.**
Name                                                 Printed name

**4409 Landen Dr.**                                  **Hamilton Stephens Steele + Martin, PLLC**
Number      Street                                   Firm name, if any
                                                     **525 N. Tyron Street**
**Wake Forest NC 27587-0000**                        **Suite 1400**
City                      State          Zip Code    Number      Street
                                                     **Charlotte NC 28202-0000**
**Name and mailing address of petitioner's representative, if any**    City        State      Zip Code

---

Debtor   **Chadley Capital LLC**

Case number *(if known)* _____

Contact phone   **704-227-1069**   Email   **RCox@lawhssm.com**

Bar number   **21998**

State   **NC**

Name

Number       Street

City                          State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 11, 2024**
MM / DD / YYYY

**/s/  Kendall Ward**

Signature of petitioner or representative, including representative's title

**/s/ Robert A. Cox, Jr.**
Signature of attorney

Date signed   **March 11, 2024**
MM / DD / YYYY

---

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**R.L. Vanstory Company, L.L.C**
Name

**4807 Koger Blvd Suite E**
Number       Street

**Greensboro NC 27407-0000**
City                          State          Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number       Street

City                          State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 11, 2024**
MM / DD / YYYY

**/s/ Richard Vanstory Jr.**

Signature of petitioner or representative, including representative's title

**Robert A. Cox, Jr.**
Printed name

**Hamilton Stephens Steele + Martin, PLLC**
Firm name, if any

**525 N. Tyron Street**
**Suite 1400**
Number       Street

**Charlotte NC 28202-0000**
City                          State          Zip Code

Contact phone   **704-227-1069**   Email   **RCox@lawhssm.com**

Bar number   **21998**

State   **NC**

**/s/ Robert A. Cox, Jr.**
Signature of attorney

Date signed   **March 11, 2024**
MM / DD / YYYY

---

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION**

```
--------------------------------------------------x
In re:                             :      Chapter 7
                                   :
Chadley Capital, LLC               :      Case No. _____
                                   :
           Alleged Debtor.         :
--------------------------------------------------x
```

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

<u>Century Oaks Management Group LLC</u>, who is a Petitioning Creditor, makes the following disclosure:

1.      Is party a publicly held corporation or other publicly held entity?

       ( ) Yes                ( X ) No

2.      Does party have any parent corporations?

       ( ) Yes                (   X) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

_____

_____

3.      Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

       (   ) Yes               ( X ) No

If yes, identify all such owners:  _____

_____

_____

4.    Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

(   ) Yes                    (X ) No

If yes, identify entity and nature of interest: _____

_____

_____

CENTURY OAKS MANAGEMENT GROUP LLC

_____                    _____

By:  Antonino Giaimo
Title: Owner                                        (Date) 3/11/24

2

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### GREENSBORO DIVISION

```
-------------------------------------------------------x
```

In re:                          :        Chapter 7

                                    :

Chadley Capital, LLC            :        Case No.

          

                    :

      Alleged Debtor.           :

```
-------------------------------------------------------x
```

### DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

<u>Cripps Properties</u> who is a Petitioning Creditor, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held

      entity? ( ) Yes      (X) No

2. Does party have any parent corporations?

      ( ) Yes      (      ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent

corporations: _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly

    held entity?

      (      ) Yes      (X) No

    If yes, identify all such owners: _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct

financial interest in the outcome of the litigation?

(      ) Yes      (X  ) No

If yes, identify entity and nature of interest: _____

CRIPPS PROPERTIES

_____

By: Kevin Cripps

Title:      (Date) 3/11/24
member/manager

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

```
-------------------------------------------------------x
In re:                              :    Chapter 7
                                    :
Chadley Capital, LLC                :    Case No. _____
                                    :
          Alleged Debtor.           :
-------------------------------------------------------x
```

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER**
**ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

<u>The Giaimo Management, LLC,</u> who is a Petitioning Creditor, makes the following disclosure:

1.      Is party a publicly held corporation or other publicly held entity?

      ( ) Yes                  ( X ) No

2.      Does party have any parent corporations?

      ( ) Yes                  (   X) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

_____

_____

3.      Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

      (   ) Yes                ( X ) No

If yes, identify all such owners:  _____

_____

_____

4.    Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    (   ) Yes         (X ) No

    If yes, identify entity and nature of interest: _____

    _____

    _____

THE GIAIMO MANAGEMENT, LLC

_____        _____

By:  Antonino Giaimo
Title: Secretary             (Date) 3/11/24

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

-------------------------------------------------------x
In re:                                            :       Chapter 7
                                                  :
Chadley Capital, LLC                              :       Case No. _____
                                                  :
          Alleged Debtor.                          :
-------------------------------------------------------x


**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER**
**ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**


New Century Hospitality, Inc, who is a Petitioning Creditor, makes the following

disclosure:


1.      Is party a publicly held corporation or other publicly held entity?

        ( ) Yes               ( X ) No


2.      Does party have any parent corporations?

        ( ) Yes               (  X) No

        If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

        _____

        _____


3.      Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

        (  ) Yes              ( X ) No

        If yes, identify all such owners: _____

        _____

        _____

4.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

(    ) Yes                              (   X) No

If yes, identify entity and nature of interest: _____

_____

_____

New Century Hospitality, Inc

_____          _____

By:  Antonino Giaimo
Title: Secretary                                      (Date) 3/11/24

2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

-------------------------------------------------------x
In re:                                    :        Chapter 7
                                          :
Chadley Capital, LLC                      :        Case No. _____
                                          :
          Alleged Debtor.                 :
-------------------------------------------------------x

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER**
**ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

<u>R.L. Vanstory Company, L.L.C.</u>, who is a Petitioning Creditor, makes the following disclosure:

1.      Is party a publicly held corporation or other publicly held entity?

        ( ) Yes                        (X) No

2.      Does party have any parent corporations?

        ( ) Yes                        (X) No

        If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____
        _____
        _____

3.      Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

        ( ) Yes                        (X) No

        If yes, identify all such owners: _____
        _____
        _____

4.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

        ( ) Yes                        (X) No

If yes, identify entity and nature of interest: _____

_____

_____

R.L. VANSTORY COMPANY, L.L.C.

By: _____          3/11/2024 _____

Title: *Owner / Principal*                                    (Date)