## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| Chadley Capital, LLC, | ) | |
| | ) | Case No. 24-10170 |
| Debtor. | ) | |
| | ) | |

### DECLARATION OF WILLIAM L. RHEW, II

I, William L. Rhew, II, state the following under penalty of perjury:

1.      I am the father of William L. Rhew, III.

2.      I am willing and able to loan my son the amount of $34,521.87 that he has been ordered to pay by the Court (Doc. 115).  I intend to transfer those funds to him such that he can pay that amount within thirty (30) days of today.


I declare under penalty of perjury that the foregoing is true and correct.

Date: July 17, 2024.

William L. Rhew, II

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

IN RE:                                    )
                                          )
CHADLEY CAPITAL, LLC,                     )      Case No. 24-10170
                                          )      Chapter 7
              Debtor,                     )
_____           )

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024, I electronically filed the foregoing true and correct copy of the Declaration of William L. Rhew, II with the Clerk of Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document to the following, along with all other current counsel of record:

This the 17th day of July, 2024.

Chadley Capital, LLC                John Paul H. Cournoyer
William Rhew, III                   U.S. Bankruptcy Administrator
6081 Mountain Brook Road            101 South Edgeworth Street
Greensboro, NC  27455               Greensboro, NC  27401

Brian R. Anderson, Trustee
Fox Rothschild LLP
230 N. Elm Street, Suite 1200
Greensboro, NC  27401

All parties that have filed a Notice of Appearance in the case

/s/ Joshua H. Bennett
Joshua H. Bennett
N.C. State Bar No. 32576
**BENNETT GUTHRIE PLLC**
1560 Westbrook Plaza Drive
Winston-Salem, North Carolina 27103
(336) 765-3121  (TEL)
(336) 765-8622  (FAX)
jbennett@bennett-guthrie.com