**SO ORDERED.**

**SIGNED this 27th day of September, 2024.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHADLEY CAPITAL, LLC ) | CASE NO. 24-10170 |
| ) | |
| DEBTOR. ) | CHAPTER 7 |
| ) | |

**ORDER DIRECTING PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO COINBASE, INC.**

THIS MATTER came before the above signed United States Bankruptcy Judge upon the Motion for Order Directing Production of Documents Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Coinbase, Inc. filed on September 5, 2024 by Brian R. Anderson, Chapter 7 Trustee [Doc. No. 133] (the "Motion"). After being noticed by the Court on September 6, 2024, that if no objections were filed on or before September 22, 2024, the Court would consider the Motion without a hearing, and that if objections were filed a hearing would be held on October 2, 2024 at 2:00 p.m. in the United States Bankruptcy Court, 601 W. 4th St., Suite 100, Winston-Salem, NC 27101. No party in interest objected to the Motion. After review of the Motion, the Court finds that cause exists to grant the Motion.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is hereby GRANTED; and

2. Coinbase, Inc. shall produce to counsel for the Trustee (Brian R. Anderson, Fox Rothschild LLP, 230 N. Elm St., Suite 1200, Greensboro, NC 27401) the documents described in <u>Exhibit A</u> of the Motion for examination and copying within fourteen (14) days after the entry of this Order or such other place as may be mutually agreed or such later date as may be designated by the Trustee.

END OF DOCUMENT

PARTIES TO BE SERVED:

Coinbase, Inc.
c/o Corporation Service Company,
Reg. Agent
2626 Glenwood Ave., Ste. 550
Raleigh, NC 27608

Chadley Capital, LLC
6081 Mountain Brook Road
Greensboro, NC 27455

John Paul H. Cournoyer
U.S. Bankruptcy Court Administrator
101 South Edgeworth Street
Greensboro, NC  27401

Brian R. Anderson
Chapter 7 Trustee
Fox Rothschild LLP
230 N. Elm Street, Suite 1200
Greensboro NC 27401

All parties that have filed a Notice of
Appearance in the case