**SO ORDERED.**

**SIGNED this 17th day of October, 2024.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHADLEY CAPITAL, LLC | ) | CASE NO. 24-10170 |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |
| | ) | |

**ORDER APPROVING COMPROMISE AND SETTLEMENT**

THIS MATTER came before the above signed United States Bankruptcy Judge for hearing on October 17, 2024 upon the Motion for Approval of Compromise and Settlement filed on October 3, 2024 by Brian R. Anderson, Chapter 7 Trustee [Doc. No. 147] (the "Motion"). At the hearing, Brian R. Anderson appeared in his capacity as Chapter 7 Trustee, Samantha K. Brumbaugh appeared on behalf of Brandi Rhew, and John Paul H. Cournoyer appeared in his capacity as United States Bankruptcy Administrator. After due and proper notice to all parties in interest and after having reviewed the Motion, the arguments of counsel at the hearing, the *Declaration of Brian R. Anderson* in support of the Motion [Doc. No. 148], and the entire official record, the Court finds and concludes that the settlement as set forth in the Motion complies with Rule 9019 of the Federal Rules of Bankruptcy Procedure and is fair, equitable, reasonable, and in the best interest of the estate and creditors.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is Granted and the terms of the Settlement Agreement are approved; and

2. The Trustee is hereby authorized to consummate the settlement as set forth in the Settlement Agreement.

[END OF DOCUMENT]

PARTIES TO BE SERVED:

| | |
|---|---|
| Chadley Capital, LLC<br>6081 Mountain Brook Road<br>Greensboro, NC 27455<br>*Debtor* | Brandi Rhew<br>c/o Samantha K. Brumbaugh<br>Ivey, McClellan, Siegmund, Brumbaugh &<br>McDonough LLP<br>305 Blandwood Avenue<br>Greensboro, NC 27401 |
| John Paul H. Cournoyer<br>U.S. Bankruptcy Court Administrator<br>101 South Edgeworth Street<br>Greensboro, NC  27401 | WEW Checkbook, LLC)<br>Attn: William E. West, Jr., Registered Agent<br>3066 Panther Ridge Lane<br>Lewisville, NC 27023 |
| EREP Forest Hill I, LLC<br>8080 Park Lane, Suite 700<br>Dallas, Texas 75231<br>Creditor Matrix | Massachusetts Mutual Life Insurance Company<br>300 South Tryon St.<br>Charlotte, NC 28202<br>All parties that have filed a Notice of<br>Appearance in the case |