**SO ORDERED.**

**SIGNED this 5th day of November, 2024.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHADLEY CAPITAL, LLC | ) | CASE NO. 24-10170 |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |
| | ) | |
| | ) | |

**ORDER SHORTENING NOTICE PERIOD AND NOTICE OF HEARING
ON TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY FREE AND CLEAR OF
LIENS, CLAIMS, AND INTERESTS AND PERSONAL PROPERTY
(6081 Mountain Brook Road, Greensboro, North Carolina 27455)**

**THIS CAUSE** coming on for consideration before the above signed Judge of the United States Bankruptcy Court, Middle District of North Carolina, on the Motion of Brian R. Anderson, Chapter 7 Trustee, to shorten the notice period and set a hearing on the Chapter 7 Trustee's Motion for Sale of Real Property Free and Clear of Liens, Claims, and Interests and Personal Property located at 6081 Mountain Brook Road, Greensboro North Carolina 27455   (the "Sale Motion") filed on November 4, 2024 [Doc. No. 165], as supplemented by the Trustee's Supplement to the Sale Motion filed on November 5, 2024 [Doc. No. 167].

The Motion, as supplemented, proposes to sell real property located 6081 Mountain Brook Road, Greensboro North Carolina 27455 (the "Real Property") free and clear of liens under Section

363(f) for a purchase price of $1,089,000.00 and any furniture and household furnishings that remain in the Real Property at closing (the "Personal Property") for a purchase price of $22,000.00 to Alan Thomas Benson.

It appears to the Court that the Trustee has shown good cause for the reduction of the notice period and scheduling of an expedited hearing on the Sale Motion.

**IT THEREFORE IS ORDERED** that the applicable notice period for the Sale Motion hereby is reduced and any objection to the Sale Motion must be filed with this Court in writing on or before Tuesday, November 19, 2024 at 5:00 p.m. and served on the Trustee, any parties in interest, and the United States Bankruptcy Administrator.

**IT FURTHER IS ORDERED** that a hearing on the Sale Motion will be conducted on Wednesday, November 20, 2024, at 2:00 p.m. at the United States Bankruptcy Court, Courtroom 1, First Floor, 601 W. 4th St., Suite 100, Winston-Salem, North Carolina 27101.

**IT FURTHER IS ORDERED** that within twenty-four hours of the entry of this Order, the Trustee shall serve a copy of the Sale Motion, the Supplement to the Sale Motion, the Motion to reduce notice, and a copy of this Order on all parties in interest and the U.S. Bankruptcy Administrator and file a certificate of service with the Clerk of Court evidencing such service.

**[END OF DOCUMENT]**