**SO ORDERED.**

**SIGNED this 21st day of November, 2024.**


LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE



___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHADLEY CAPITAL, LLC | ) | CASE NO. 24-10170 |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |
| | ) | |

**ORDER GRANTING MOTION FOR SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS AND PERSONAL PROPERTY**

**THIS MATTER** came before the Court for hearing on November 20, 2024 upon the Motion for Sale of Real Property Free and Clear of Liens, Claims, and Interests and Personal Property filed by Brian R. Anderson, Chapter 7 Trustee (Doc. No. 165), as supplemented by pleadings filed by the Trustee (Doc. Nos. 167 and 172) (the "Sale Motion"). At the hearing, Brian R. Anderson appeared in his capacity as Chapter 7 Trustee, and Robert E. Price, Jr. appeared on behalf of the United States Bankruptcy Administrator. After due and proper notice to all parties in interest and after having reviewed the Sale Motion, the arguments of counsel at the hearing, and the entire official record, the Court finds and concludes that, the Sale Motion shall be granted and the Trustee may sell the real property subject to the Sale Motion free and clear of any and all liens, claims, and interest and the personal property pursuant to 11 U.S.C. § 363(b) and (f).

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Trustee's Sale Motion hereby is GRANTED;

2. The Trustee is authorized to sell the real property located at 6081 Mountain Brook Road, Greensboro, North Carolina 27455 (the "Real Property") and the personal property consisting of furniture and household furnishings that remain in the Real Property at closing (the "Personal Property") subject to the terms and conditions of the Offer to Purchase and Contract, as amended, to Alan Benson (the "Buyer") or his designee, for a total purchase price of $1,108,500.00, without further order of the Court and distribute the sales proceeds as set forth in the Sale Motion and as set forth below;

3. The Real Property shall be sold free and clear of all liens, encumbrances and interests, including the interest of EREP Forest Hill I, LLC ("EREP") and Rillito Retail, LLC ("Rillito"), to the fullest extent permitted by Section 363(f), with such liens, claims and interests of EREP and Rillito Retail attaching to the net proceeds of the sale of the Real Property;

4. At closing, the Trustee is authorized to pay any outstanding ad valorem taxes relating to the Property (pro-rated as pursuant to the agreement between the Trustee and the Buyer), commissions to Akwari & Co., LLC as set forth in the Listing Agreement, the outstanding balance owed to Massachusetts Mutual Life Insurance Company and serviced by NewRez, LLC d/b/a Shellpoint Mortgage Servicing and Ridgewood of Greensboro Association Inc., other reasonable and necessary costs of sale, and including customary closing costs;

5. The Trustee shall deliver a copy of this Order to the Buyer's closing attorney; and

6. The stay imposed by Bankruptcy Rule 6004(h) hereby is waived.

[END OF DOCUMENT]

**PARTIES TO BE SERVED**

| | |
|---|---|
| Chadley Capital, LLC<br>6081 Mountain Brook Road<br>Greensboro, NC 27455 | Brandi Rhew<br>c/o Samantha K. Brumbaugh<br>Ivey, McClellan, Siegmund, Brumbaugh &<br>McDonough LLP<br>305 Blandwood Avenue<br>Greensboro, NC 27401 |
| John Paul H. Cournoyer<br>U.S. Bankruptcy Court Administrator<br>101 South Edgeworth Street<br>Greensboro, NC  27401 | NewRez, LLC d/b/a Shellpoint Mortgage Servicing<br>Attn: Corporation Service Company, Registered Agent<br>2626 Glenwood Ave, Suite 550<br>Raleigh, NC 27608 |
| EREP Forest Hill I, LLC<br>8080 Park Lane, Suite 700<br>Dallas, Texas 75231 | EREP Forest Hill I, LLC<br>P.O. Box 414583<br>Kansas City, MO 64141-4583 |
| Rillito Retail, LLC<br>c/o Rillito Crossing Marketplace<br>P.O. Box 95604<br>Grapevine, Texas 76099-9730 | Rillito Retail, LLC<br>8080 Park Lane, Suite 700<br>Dallas, Texas 75231 |
| Massachusetts Mutual Life Insurance Co.<br>300 South Tryon St.<br>Charlotte, NC 28202 | Ridgewood of Greensboro Association, Inc.<br>P.O. Box 1080<br>Summerfield, NC 27358 |
| Creditor Matrix | All parties that have filed a Notice of Appearance in the case |