Form 159

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Chadley Capital LLC | Social Security number or ITIN: _ _ _ _ <br> EIN: 82–2827390 |
| | 6081 Mountain Brook Road <br> Greensboro, NC 27455 | Date case filed for chapter: 7   3/12/24 |
| Case number: | 24–10170 | |

**Notice of Tentative Hearing**
**TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**TAKE NOTICE THAT** the following request has been made with the Court:

*Motion to Authorize Distribution of Certain Proceeds of Sale to Brandi Rhew. Filed by Brian R. Anderson, Trustee for Chadley Capital, LLC.*

*Relief Requested: The Trustee requests to distribute $126,905.33 to Brandi Rhew from the proceeds of the sale of the Real Property located at 6081 Mountain Brook Road, Greensboro, NC 27455.*

*A complete copy of the Motion to Authorize Distribution to Brandi Rhew can be viewed on PACER.gov*

**TAKE FURTHER NOTICE THAT** any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 12/19/24 with the movant and with the U.S. Bankruptcy Court at the following address:

United States Bankruptcy Court
101 S. Edgeworth Street
Greensboro, NC 27401

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, **a hearing** on the motion will be held.

| Hearing Details: | |
|---|---|
| Hearing Date: | 1/16/25 |
| Hearing Time: | 09:30 AM |
| Hearing Location: | Courtroom 2, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401 |

Dated: 12/3/24                                                                                          OFFICE OF THE CLERK/tls