Form 159

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Chadley Capital LLC | Social Security number or ITIN:  _ _ _ _<br>EIN:  82–2827390 |
| | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | Date case filed for chapter:   7    3/12/24 |
| Case number: | 24–10170 | |

**Notice of Tentative Hearing**
**TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**TAKE NOTICE THAT** the following request has been made with the Court:

*Motion to Approve Settlement between Brian R. Anderson, Trustee for Chadley Management Inc. ("Management") and Chadley Capital, LLC ("Capital"), bearing Case # 2410170, and MarineMax East Inc. ("MarineMax") whereby MarineMax will pay to the Trustee the total sum of $120,000.00 within ten (10) business days of entry of an Order approving this Agreement.*

*The terms of the settlement are as follows:*

*1. The payment will be allocated between the two bankruptcy estates with $95,000.00 paid to Management and $25,000.00 paid to Capital;*

*2. Mutual release of all claims between the bankruptcy estates of Management and Capital and MarineMax;*

*3. MarineMax agrees to waive any claim arising from the Settlement Payment in the Management and Capital cases under 11 U.S.C. § 502(h); and*

*4. The deadlines under 11 U.S.C. § 546(a) are tolled as to the Trustee's avoidance powers to and including February 10, 2025.*

*Filed by Trustee Brian Richard Anderson.*

**TAKE FURTHER NOTICE THAT** any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 12/28/24 with the movant and with the U.S. Bankruptcy Court at the following address:

United States Bankruptcy Court
101 S. Edgeworth Street
Greensboro, NC 27401

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, **a hearing** on the motion will be held.

**Hearing Details:**

| | |
|---|---|
| Hearing Date: | 1/8/25 |
| Hearing Time: | 02:00 PM |
| Hearing Location: | Courtroom 1, First Floor, 601 W. 4th St. Suite 100, Winston–Salem, NC 27101 |

Dated: 12/12/24                                         OFFICE OF THE CLERK/AK