FILED DEC 17'24 PM 2:29 USBC-GBO

# United States Bankruptcy Court
# Middle District of North Carolina

Chadley Capital, LLC
Debtor

Case Number 24-10170
Chapter 7

Objection to motion 177 to authorize distribution of funds to Brandi Rhew

I object to the motion to distribute funds to Brandi Rhew from the sale of the property 6081 Mountain Brook Rd. Greensboro NC 27455. It is my belief that this property was acquired with fraudulent money obtained by Bill Rhew. Brandi Rhew may have testified to having no knowledge of the fraud taking place by Bill Rhew but she did benefit from the fraudulent money even without knowledge of it. I don't see how Brandi Rhew can get half of the proceeds from the sale of assets when the creditors who have lost retirement funds and life savings receive a minute portion of what they are owed.

I William Hanes requests that the court denied the motion to distribute funds to Brandi Rhew


Signed William Hanes

*William Hanes*   12/17/24