**SO ORDERED.**

**SIGNED this 31st day of December, 2024.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No.: 24-10170 |
| Chadley Capital, LLC, | ) | |
| | ) | |
| Debtor. | ) | |

ORDER

    THIS MATTER having come before the above-signed United States Bankruptcy Judge for the United States Bankruptcy Court for the Middle District of North Carolina, upon the motion to continue filed December 30, 2024 ("Motion"). After consideration of the Motion, with consent of the Trustee, there is cause to continue the motion to authorize distribution to Brandi Rhew; therefore, it is:

    ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED. The hearing on the motion to authorize distribution to Brandi Rhew shall be held on January 23, 2025 at 2:00 p.m., at the U.S. Bankruptcy Court, Courtroom 1, 601 W. 4th St., Winston-Salem, NC 27101.

[END OF DOCUMENT]

PARTIES TO BE SERVED

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER,
INCLUDING OBJECTING PARTIES AND ALL CREDITORS,
SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**