**SO ORDERED.**

**SIGNED this 13th day of January, 2025.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHADLEY CAPITAL, LLC. | ) | CASE NO. 24-10170 |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |
| | ) | |

### ORDER GRANTING MOTION TO APPROVE COMPROMISE
### AND SETTLEMENT

THIS MATTER coming on before the above signed United States Bankruptcy Judge upon the Motion to Approve Compromise and Settlement between the Chapter 7 Trustee and MarineMax East, Inc. [Doc. No. 183] (the "Motion") filed by Brian R. Anderson, Chapter 7 Trustee, on December 11, 2024.

IT APPEARING that the Motion was noticed by the Court on December 12, 2024, that if no objections were filed on or before December 28, 2024, the Court would consider the Motion without a hearing, and if written objections were filed a hearing would be held on January 8, 2025 at 2:00 p.m. in the United States Bankruptcy Court, Courtroom 1, First Floor, 601 W. 4th St., Suite 100, Winston-Salem, NC 27101. No party in interest of Chadley Capital, LLC filed an objection to the Motion. After due and proper notice to all parties in interest and after having reviewed the Motion and the entire official record, the Court finds and concludes that that the settlement as set

166797636.1

forth in the Motion complies with Rule 9019 of the Federal Rules of Bankruptcy Procedure and is fair, equitable, reasonable, and in the best interest of the estate and creditors.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is granted and the terms of the Settlement Agreement are approved; and

2. The Trustee is hereby authorized to consummate the settlement as set forth in the Settlement Agreement.

[END OF DOCUMENT]

**PARTIES TO BE SERVED**

Chadley Capital, LLC
c/o Josh Bennett
Bennett Guthrie, PLLC
1560 Westbrook Plaza Dr.
Winston-Salem NC 27103

John Paul H. Cournoyer
U.S. Bankruptcy Court Administrator
101 South Edgeworth Street
Greensboro, NC  27401

MarineMax East, Inc.
Attn: Officer, Managing or General Agent
2600 McCormick Dr., Suite 200
Clearwater, Florida 33759

MarineMax East, Inc.
c/o Corporate Creations Network, Inc., Registered Agent
15720 Brixham Hill Avenue #300
Charlotte, NC 28277-4651

All parties that have filed a Notice
of Appearance in the case