# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 24-10170  
**Case Name:** CHADLEY CAPITAL LLC  
**For Period Ending:** 12/31/2024

**Trustee Name:** (530480) Brian R. Anderson  
**Date Filed (f) or Converted (c):** 03/12/2024 (f)  
**§ 341(a) Meeting Date:** 05/10/2024  
**Claims Bar Date:** 09/07/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Purported cryptocurrency | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 2 | 2 Ledger cyrptocurrency wallets | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 3 | 2 desktop computers, 3 laptops. Valuation Method: N/A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | Sale Proceeds from beach house owned by Bill and Brandi Rhew (2811 Harborside Way, South Port, NC) (u)<br>Proceeds of beach house | 450,009.95 | 450,095.95 | | 0.00 | 450,009.95 | 0.00 | 0.00 |
| 5 | Compensatory Sanctions Awarded to Trustee (u)<br><br>Fees and costs incurred due to Rhew's noncompliance with the Turnover Order.  Order granting Ttee compensation entered 7/2/24 DE 115 | 34,521.87 | 34,521.87 | | 34,521.87 | 0.00 | 0.00 | 0.00 |
| 6 | Funds paid by Bill Rhew for Truck he turned over (u) | 13,210.12 | 13,210.12 | | 0.00 | 13,210.12 | 0.00 | 0.00 |
| 7* | 6081 Mountain Brook Road, Greensboro, NC 27455 (u) (See Footnote) | 1,111,000.00 | 1,111,000.00 | | 1,108,500.60 | FA | 0.00 | 0.00 |
| 8 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9 | Prepaid county taxes and HOA - 6081 Mountain Brook Rd, Greensboro NC  (u)<br>$668.52 county taxes and $37.08 HOA dues for period of 11/26/24 to 1/1/25. | 705.60 | 705.60 | | 705.00 | 0.60 | 0.00 | 0.00 |
| 9 | **Assets Totals (Excluding unknown values)** | **$1,609,447.54** | **$1,609,533.54** | | **$1,143,727.47** | **$463,220.67** | **$0.00** | **$0.00** |

RE PROP# 7    Residential Property and majority of the personal consisting of furniture and household furnishings  
Order Granting Motion for Sale of Real Property entered 11/21/24 DE 174

---

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

> 3rd QSR.  Forensic analysis and investigation of causes of action held by estate remains ongoing. Trustee has settled disputes with lienholders on Brandi and Bill Rhew property and recovery of funds from MarineMax East. Trustee intends to pursue substantive consolidation of related entity.
>
> 2nd QSR.  Forensic analysis and investigation of causes of action held by estate remains ongoing. Settlement reached with Brandi and Bill Rhew regarding Greensboro real estate and related issues and filed with the court for approval.  Evaluating substantive consolidation of related entity.
>
> 1st QSR.  Investigating causes of action held by estate and third parties. Performing factual investigation of debtor and pre-petition activities.
>
> *Bank Account Open

**Initial Projected Date Of Final Report (TFR):** 03/12/2025      **Current Projected Date Of Final Report (TFR):** 03/12/2025

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 24-10170
**Case Name:** CHADLEY CAPITAL LLC

**For Period Ending:** 12/31/2024

**Trustee Name:** (530480) Brian R. Anderson
**Date Filed (f) or Converted (c):** 03/12/2024 (f)
**§ 341(a) Meeting Date:** 05/10/2024
**Claims Bar Date:** 09/07/2024

01/14/2025
Date

/s/Brian R. Anderson
Brian R. Anderson

Copy Served On: John Paul Hughes Cournoyer
Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 24-10170 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | CHADLEY CAPITAL LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7390 | Account #: | ******3323 Checking |
| For Period Ending: | 12/31/2024 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/22/24 | {5} | Ruzz Hospitality Group Inc for Bill Rhew | Compensatory Sanctions Awarded to Trustee per Order entered 7/2/24 DE 115 | 1290-000 | 34,521.87 | | 34,521.87 |
| 08/22/24 | 101 | Fox Rothschild LLP | Attorney Fees - Compensatory Sanctions Awarded to Trustee per Order entered 7/2/24 DE 115 | 3110-000 | | 33,015.00 | 1,506.87 |
| 08/22/24 | 102 | Fox Rothschild LLP | Attorney Costs - Compensatory Sanctions Awarded to Trustee per Order entered 7/2/24 DE 115 | 3120-000 | | 1,506.87 | 0.00 |
| 09/18/24 | {6} | William Rhew | Proceeds from truck Bill Rhew agreed to turn over to Trustee | 1229-000 | 13,210.12 | | 13,210.12 |
| 09/26/24 | {6} | William Rhew | NSF RETURN DEPOSIT: Proceeds from truck Bill Rhew agreed to turn over to Trustee | 1229-000 | -13,210.12 | | 0.00 |
| 11/10/24 | {7} | Alan Thomas Benson Trustee | Due Diligence payment for purchase of 6081 Mountain Brook Rd, Greensboro NC | 1210-000 | 20,000.00 | | 20,000.00 |
| 11/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 17.04 | 19,982.96 |
| 12/06/24 | | Iddings & Thacker PLLC | Closing proceeds from sale of 6018 Mountain Brook Rd, Greensboro NC 27455 per Order Grating Motion to Sale entered 11/21/24 DE 174 | | 526,624.59 | | 546,607.55 |
| | {7} | | Sale proceeds. Order granting sale of real property entered 11/21/24 [DE 74]. $22,000 included with sale price for personal property sold with real property/ $1,108,500.60 | 1210-000 | | | |
| | {7} | | Due Diligence -$20,000.00 | 1210-000 | | | |
| | | Shellpoint Mortgage Servicing | Payoff to lienholder -$492,807.85 | 4110-000 | | | |
| | | NC Register of Deeds | revenue stamps -$2,217.00 | 2500-000 | | | |
| | | Akwari & Company/Wilson Realty | realtor commission -$66,510.00 | 3510-000 | | | |
| | | Higgins Benjamin LLC | closing attorney fees and expenses -$315.00 | 2500-000 | | | |
| | | Higgins Benjamin LLC | HOA judgment payoff -$731.16 | 2500-000 | | | |
| | {9} | | pre-paid county taxes and HOA dues $705.00 | 1290-000 | | | |
| 12/23/24 | 103 | Chadley Capital LLC UAD 3/28/24 | Purchase of Certificate of Deposits with Davenport & Company LLC | 2990-000 | | 350,000.00 | 196,607.55 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 521.87 | 196,085.68 |
| | | | Page Subtotals: | | $581,146.46 | $385,060.78 | |

{ } Asset Reference(s)                                                                           ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| Case No.: | 24-10170 |
| Case Name: | CHADLEY CAPITAL LLC |
| Taxpayer ID #: | **-***7390 |
| For Period Ending: | 12/31/2024 |

| | |
|---|---|
| Trustee Name: | Brian R. Anderson (530480) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******3323 Checking |
| Blanket Bond (per case limit): | $2,500,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 4 | Deposits | 594,356.58 | 3 | Checks | 384,521.87 |
| 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 13,749.03 |
| | Subtotal | 594,356.58 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 398,270.90 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 594,356.58 | | | |

Page Subtotals:   $0.00   $0.00

{ } Asset Reference(s)                                                                                      ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | | | |
|---|---|---|---|
| **Case No.:** | 24-10170 | **Trustee Name:** | Brian R. Anderson (530480) |
| **Case Name:** | CHADLEY CAPITAL LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7390 | **Account #:** | ******3323 Checking |
| **For Period Ending:** | 12/31/2024 | **Blanket Bond (per case limit):** | $2,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $581,146.46 |
| Plus Gross Adjustments: | $582,581.01 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,163,727.47 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3323 Checking | $581,146.46 | $385,060.78 | $196,085.68 |
| | **$581,146.46** | **$385,060.78** | **$196,085.68** |

01/14/2025
Date

/s/Brian R. Anderson
Brian R. Anderson