# Eric Carlton
10 Fenton Main St. Apt. 644
Cary NC 27511.

Please update my mailing address, from apt.326 to currently at Apt.644
Case number 24-10170
Thank you!
Eric Carlton
336 686 4006
Eric.carlton15@gmail.com

Eric Carlton
10 Fenton Main St. APT 644
Cary NC 27511

US Bankrupcy Court
101 S. Edgeworth St.
Greensboro NC 27401