To: US Bankruptcy Court
From: Liberty Partners 92 LLC
David Draper - Managing Partner
Re.: Chadley Capital LLC    82-2827390
Case #: 24-10170

Liberty Partners 92 LLC filed a Proof of Claim form on 9/5/2024 requesting participation in the distribution of all recovered funds from the bankruptcy. Liberty Partners 92 LLC would as of 11 February 2025 like to rescind that request to not participate in any recovery of funds.

Please notify Managing Partner, David Draper, if this modified request may be granted or if any further documentation is required.

David Draper for Liberty Partners 92 LLC
504 North Lake Dr.
Winston-Salem, NC 27127

*David Draper* (signature)

AARP

Mr. David Draper
172 Hinkle Ln.
Lexington, NC 27295-8492

GREENSBORO NC 270
PIEDMONT TRIAD AREA
12 MAR 2025 PM 3 L

INSPECTED

Ms. Tiffany Shoffner
101 S. Edgeworth St.
Greensboro, N.C. 27401

27401—602499