**SO ORDERED.**

**SIGNED this 17th day of March, 2025.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHADLEY CAPITAL, LLC. | ) | CASE NO. 24-10170 |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |
| | ) | |

### ORDER GRANTING MOTION TO APPROVE COMPROMISE
### AND SETTLEMENT

THIS MATTER coming on before the above signed United States Bankruptcy Judge upon the Motion to Approve Compromise and Settlement between the Chapter 7 Trustee and Hendren, Redwine & Malone, PLLC [Doc. No. 224] (the "Motion") filed by Brian R. Anderson, Chapter 7 Trustee, on February 21, 2025.

IT APPEARING that the Motion was noticed by the Court on February 24, 2025, that if no objections were filed on or before March 12, 2025, the Court would consider the Motion without a hearing, and if written objections were filed a hearing would be held on April 3, 2025 at 9:30 p.m. in the United States Bankruptcy Court, Courtroom 2, Second Floor, 101 S. Edgeworth Street, Greensboro, NC 27101. No party in interest filed an objection to the Motion.  After due and proper notice to all parties in interest and after having reviewed the Motion and the entire official record, the Court finds and concludes that that the settlement as set forth in the Motion complies with Rule

9019 of the Federal Rules of Bankruptcy Procedure and is fair, equitable, reasonable, and in the best interest of the estate and creditors.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is granted and the terms of the Settlement Agreement are approved; and

2. The Trustee is hereby authorized to consummate the settlement as set forth in the Settlement Agreement.

[END OF DOCUMENT]

**PARTIES TO BE SERVED**

Chadley Capital, LLC
c/o Josh Bennett
Bennett Guthrie, PLLC
1560 Westbrook Plaza Dr.
Winston-Salem NC 27103

John Paul H. Cournoyer
U.S. Bankruptcy Court Administrator
101 South Edgeworth Street
Greensboro, NC  27401

Hendren, Redwine & Malone, PLLC
4600 Marriott Dr # 150
Raleigh, NC 27612

Brian R Anderson
230 N. Elm Street, Suite 1200
Greensboro, NC 27401

All parties that have filed a Notice of Appearance in the case