United States Bankruptcy Court
Middle District of North Carolina

In re:  
Chadley Capital LLC  
    Debtor

Case No. 24-10170-lmj  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0418-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 17, 2025      Form ID: 159      Total Noticed: 12

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chadley Capital LLC, 6081 Mountain Brook Road, Greensboro, NC 27455-8384 |
| r | + | Akwari & Company, L.L.C., 3711 West Market Street, Suite B, Greensboro, NC 27403-4437 |
| | + | Caldwell Academy Foundation, Attn: Officer, Managing, or General Agen, 2900 Horse Pen Creek Road, Greensboro, NC 27410-9701 |
| acc | + | GreerWalker LLP, 227 West Trade St., Suite 1100, Charlotte, NC 28202-1694 |
| cr | + | Liberty Partners 92, LLC, c/o David Draper, 504 North Lake Dr., Winston-Salem, NC 27127-9789 |
| cr | + | Mark Jacobs, 4539 Clover Drive, Clemmons, NC 27012-9457 |
| acc | + | Michael T. Bowers, Middleswarth, Bowers & Co., LLP, 219-A Wilmot Drive, Gastonia, NC 28054-4048 |
| cr | + | Ronald Stroupe, P.O. Box 2240, Advance, NC 27006-2240 |
| cr | + | Samuel W Brown, 3330 Fraternity Church Road, Winston Salem, NC 27127-8721 |
| cr | + | Seth Jacobs, 4539 Clover Drive, Clemmons, NC 27012-9457 |
| intp | + | William Lamar Rhew, III, 6081 Mountain Brook Road, Greensboro, NC 27455, UNITED STATES 27455-8384 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Mar 17 2025 18:10:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ptcrd | | Billy G. Shelton |
| ptcrd | | Bonny B. Shelton |
| intp | | Brandi Rhew |
| ptcrd | | Century Oaks Management Group LLC |
| ptcrd | | Cripps Properties |
| ptcrd | | Kendall Ward |
| ptcrd | | Marcus Shelton |
| ptcrd | | New Century Hospitality Inc. |
| ptcrd | | R.L. Vanstory Company, L.L.C. |
| ptcrd | | Richard Vanstory, Jr. |
| ptcrd | | The Giaimo Management, LLC |
| cr | | William Hanes |

TOTAL: 12 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0418-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: 159 | Total Noticed: 12 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2025           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:

**Name**                          **Email Address**

Brian Richard Anderson
    on behalf of Trustee Brian Richard Anderson branderson@foxrothschild.com pwilliams@foxrothschild.com,NC59@ecfcbis.com

Brian Richard Anderson
    branderson@foxrothschild.com pwilliams@foxrothschild.com,NC59@ecfcbis.com

James R. Irving
    on behalf of Petitioning Creditor R.L. Vanstory Company L.L.C. james.irving@dentons.com

James R. Irving
    on behalf of Petitioning Creditor The Giaimo Management LLC james.irving@dentons.com

James R. Irving
    on behalf of Petitioning Creditor New Century Hospitality Inc. james.irving@dentons.com

James R. Irving
    on behalf of Petitioning Creditor Cripps Properties james.irving@dentons.com

James R. Irving
    on behalf of Petitioning Creditor Marcus Shelton james.irving@dentons.com

James R. Irving
    on behalf of Petitioning Creditor Kendall Ward james.irving@dentons.com

James R. Irving
    on behalf of Petitioning Creditor Century Oaks Management Group LLC james.irving@dentons.com

James R. Irving
    on behalf of Petitioning Creditor Bonny B. Shelton james.irving@dentons.com

James R. Irving
    on behalf of Petitioning Creditor Richard Vanstory Jr. james.irving@dentons.com

James R. Irving
    on behalf of Petitioning Creditor Billy G. Shelton james.irving@dentons.com

John Paul Hughes Cournoyer
    bancm_ecf@ncmba.uscourts.gov jp_cournoyer@ncmba.uscourts.gov

Joshua H. Bennett
    on behalf of Interested Party William Lamar Rhew III jbennett@bennett-guthrie.com, elawson@bennett-guthrie.com;dkennedy@bennett-guthrie.com;eharvey@bennett-guthrie.com

Katie Elizabeth Hankard
    on behalf of Creditor American Express National Bank c/o Zwicker & Associates P.C. bknotices@zwickerpc.com, khankard@zwickerpc.com

Robert A. Cox, Jr.
    on behalf of Petitioning Creditor Marcus Shelton rcox@lawhssm.com rkelley@lawhssm.com;vhughes@lawhssm.com;ckelley@lawhssm.com

Robert A. Cox, Jr.
    on behalf of Petitioning Creditor Kendall Ward rcox@lawhssm.com rkelley@lawhssm.com;vhughes@lawhssm.com;ckelley@lawhssm.com

Robert A. Cox, Jr.
    on behalf of Petitioning Creditor Century Oaks Management Group LLC rcox@lawhssm.com rkelley@lawhssm.com;vhughes@lawhssm.com;ckelley@lawhssm.com

Robert A. Cox, Jr.
    on behalf of Petitioning Creditor R.L. Vanstory Company L.L.C. rcox@lawhssm.com,

| District/off: 0418-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: 159 | Total Noticed: 12 |

rkelley@lawhssm.com;vhughes@lawhssm.com;ckelley@lawhssm.com

Robert A. Cox, Jr.
    on behalf of Petitioning Creditor New Century Hospitality Inc. rcox@lawhssm.com
    rkelley@lawhssm.com;vhughes@lawhssm.com;ckelley@lawhssm.com

Robert A. Cox, Jr.
    on behalf of Petitioning Creditor The Giaimo Management  LLC rcox@lawhssm.com,
    rkelley@lawhssm.com;vhughes@lawhssm.com;ckelley@lawhssm.com

Robert A. Cox, Jr.
    on behalf of Petitioning Creditor Bonny B. Shelton rcox@lawhssm.com
    rkelley@lawhssm.com;vhughes@lawhssm.com;ckelley@lawhssm.com

Robert A. Cox, Jr.
    on behalf of Petitioning Creditor Richard Vanstory  Jr. rcox@lawhssm.com,
    rkelley@lawhssm.com;vhughes@lawhssm.com;ckelley@lawhssm.com

Robert A. Cox, Jr.
    on behalf of Petitioning Creditor Billy G. Shelton rcox@lawhssm.com
    rkelley@lawhssm.com;vhughes@lawhssm.com;ckelley@lawhssm.com

Robert A. Cox, Jr.
    on behalf of Petitioning Creditor Cripps Properties rcox@lawhssm.com
    rkelley@lawhssm.com;vhughes@lawhssm.com;ckelley@lawhssm.com

Samantha K Brumbaugh
    on behalf of Interested Party Brandi Rhew skb@iveymcclellan.com
    mmm@iveymcclellan.com;toc@iveymcclellan.com;tdc@iveymcclellan.com;jchilders@iveymcclellan.com

TOTAL: 26

Form 159

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Chadley Capital LLC | Social Security number or ITIN: _ _ _ _ <br> EIN: 82–2827390 |
| | 6081 Mountain Brook Road <br> Greensboro, NC 27455 | Date case filed for chapter: 7   3/12/24 |
| Case number: | 24–10170 | |

**Notice of Tentative Hearing**
**TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**TAKE NOTICE THAT** the following request has been made with the Court:

*Motion for Order Directing Production of Documents Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to Caldwell Academy Foundation. Filed by Brian R. Anderson, Chapter 7 Trustee.*

*Relief Requested: for an Order pursuant to Federal Rule of Bankruptcy Procedure 2004 directing Caldwell Academy Foundation to produce to the Trustee (Fox Rothschild LLP, Attn: Brian R. Anderson, 230 N. Elm Street, Suite 1200, Greensboro, NC 27401) all documents described in the Motions attached Exhibit A for examination and copying within fourteen (14) days after entry of an order allowing this motion or such other place as may be mutually agreed or such later date as may be designated by the Trustee.*

**TAKE FURTHER NOTICE THAT** any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 4/2/25 with the movant and with the U.S. Bankruptcy Court at the following address:

United States Bankruptcy Court
101 S. Edgeworth Street
Greensboro, NC 27401

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, **a hearing** on the motion will be held.

| Hearing Details: | |
|---|---|
| Hearing Date: | 5/15/25 |
| Hearing Time: | 09:30 AM |
| Hearing Location: | Courtroom 2, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401 |

Dated: 3/17/25                                                                 OFFICE OF THE CLERK/tls