IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHADLEY CAPITAL, LLC | ) | CASE NO. 24-10170 |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |
| | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned Ellis Martin, of the law firm of Fox Rothschild LLP, appearing as counsel for Brian R. Anderson, Chapter 7 trustee of the bankruptcy estate of Chadley Capital, LLC (collectively, the "Trustee"), in the above-captioned bankruptcy proceeding (the "Bankruptcy Proceeding"), requests that service be made on him of all documents filed and/or served in the Bankruptcy Proceeding as well as all adversary proceedings filed therein.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all pleadings, orders, notices, motions, applications, petitions, schedules and statements of financial affairs, monthly operating reports, requests, complaints, demands, answers, objections, responses, memoranda, and briefs, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telex, telecopier, email, or otherwise which effect or may effect in any way the rights or interests of Debtor, any creditor of Debtor, any equity security holder, any party in interest, and/or any other person or entity.

This notice and request is not to be deemed a consent to or a waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including, without limitation, the jurisdiction of the Court

170045099.1

to adjudicate non-core matters or the waiver of a right to a jury trial, all of which the Trustee reserves without prejudice.

Please serve all documents on the undersigned at the following mailing addresses, overnight delivery address, telephone number, facsimile number, or e-mail address, as appropriate, although nothing herein shall be deemed to consent to service of process by e-mail:

**Ellis Martin**
**Fox Rothschild LLP**
**230 N. Elm Street, Suite 1200**
**Greensboro, NC 27401**
**Telephone: (336) 378-5226**
**Facsimile: (336) 378-5400**
**Email: EMartin@foxrothschild.com**

Respectfully submitted this 28th day of March, 2025.

/s/ *Ellis Martin*
Ellis Martin
N.C. State Bar No. 49380
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
Greensboro, NC 27401
(336) 378-5226
EMartin@foxrothschild.com
*Counsel for Brian R. Anderson, Chapter 7 Trustee for the Estate of Chadley Capital, LLC*

170045099.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CHADLEY CAPITAL, LLC** | ) | CASE NO. 24-10170 |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this date, served or caused to be served a copy of the foregoing <u>Notice of Appearance and Request for Service of Notices and Pleadings</u> by electronic mail using the Court's CM/ECF electronic service and/or first-class Mail, postage prepaid, on the following parties as addressed below:

Chadley Capital, LLC
c/o Josh Bennett
Bennett Guthrie, PLLC
1560 Westbrook Plaza Dr.
Winston-Salem, NC 27103

John Paul H. Cournoyer
U.S. Bankruptcy Court Administrator
101 South Edgeworth Street
Greensboro, NC  27401

All parties that have filed a Notice of Appearance in the case

This the 28th day of March, 2025.

/s/ *Ellis Martin*
Ellis Martin
N.C. State Bar No. 49380
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
Greensboro, NC 27401
(336) 378-5226
EMartin@foxrothschild.com
*Counsel for Brian R. Anderson, Chapter 7 Trustee for the Estate of Chadley Capital, LLC*

170045099.1