# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-1

**Case No.:** 24-10170

**Case Name:** CHADLEY CAPITAL LLC

**For Period Ending:** 03/31/2025

**Trustee Name:** (530480) Brian R. Anderson

**Date Filed (f) or Converted (c):** 03/12/2024 (f)

**§ 341(a) Meeting Date:** 05/10/2024

**Claims Bar Date:** 09/07/2024

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1 | Purported cryptocurrency | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 2 | 2 Ledger cyrptocurrency wallets | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 3 | 2 desktop computers, 3 laptops. Valuation Method: N/A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | Sale Proceeds from beach house owned by Bill and Brandi Rhew (2811 Harborside Way, South Port, NC) (u) Proceeds of beach house | 450,009.95 | 450,095.95 | | 0.00 | 450,009.95 | 0.00 | 0.00 |
| 5 | Compensatory Sanctions Awarded to Trustee (u) Fees and costs incurred due to Rhew's noncompliance with the Turnover Order. Order granting Ttee compensation entered 7/2/24 DE 115 | 34,521.87 | 34,521.87 | | 34,521.87 | 0.00 | 0.00 | 0.00 |
| 6 | Funds paid by Bill Rhew for Truck he turned over (u) | 13,210.12 | 13,210.12 | | 0.00 | 13,210.12 | 0.00 | 0.00 |
| 7* | 6081 Mountain Brook Road, Greensboro, NC 27455 (u) (See Footnote) | 1,111,000.00 | 1,111,000.00 | | 1,108,500.60 | FA | 0.00 | 0.00 |
| 8 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9 | Prepaid county taxes and HOA - 6081 Mountain Brook Rd, Greensboro NC (u) $668.52 county taxes and $37.08 HOA dues for period of 11/26/24 to 1/1/25. | 705.60 | 705.60 | | 705.00 | 0.60 | 0.00 | 0.00 |
| 10* | MarineMax Settlement (u) (See Footnote) | 25,000.00 | 25,000.00 | | 25,000.00 | FA | 0.00 | 0.00 |
| 11* | HRM - Settlement (u) (See Footnote) | 20,000.00 | 20,000.00 | | 20,000.00 | FA | 0.00 | 0.00 |
| INT | INTEREST (u) | Unknown | N/A | | 137.53 | Unknown | 0.00 | 0.00 |
| **12** | **Assets Totals (Excluding unknown values)** | **$1,654,447.54** | **$1,654,533.54** | | **$1,188,865.00** | **$463,220.67** | **$0.00** | **$0.00** |

RE PROP# 7     Residential Property and majority of the personal consisting of furniture and household furnishings Order Granting Motion for Sale of Real Property entered 11/21/24 DE 174

RE PROP# 10     Settlement payment per Order Granting Motion to Compromise and Settle (return of funds used to purchase of 2021 Sea Ray boat) entered 1/13/25 DE 198

RE PROP# 11     Settlement agreement entered to recover transfers made between 12/8/22 to 6/22/23 by Debtor to Hendren, Redwine & Malone PLLC. Order entered 3/17/25 DE 251.

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page:  1-2

**Case No.:**   24-10170

**Case Name:**   CHADLEY CAPITAL LLC

**For Period Ending:**   03/31/2025

**Trustee Name:**   (530480) Brian R. Anderson

**Date Filed (f) or Converted (c):**   03/12/2024 (f)

**§ 341(a) Meeting Date:**   05/10/2024

**Claims Bar Date:**   09/07/2024

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

4th QSR. Forensic analysis and investigation of causes of action held by estate remains ongoing. Motion to substantively consolidate related entity filed and pending.

3rd QSR.  Forensic analysis and investigation of causes of action held by estate remains ongoing. Trustee has settled disputes with lienholders on Brandi and Bill Rhew property and recovery of funds from MarineMax East. Trustee intends to pursue substantive consolidation of related entity.

2nd QSR.  Forensic analysis and investigation of causes of action held by estate remains ongoing. Settlement reached with Brandi and Bill Rhew regarding Greensboro real estate and related issues and filed with the court for approval.  Evaluating substantive consolidation of related entity.

1st QSR.  Investigating causes of action held by estate and third parties. Performing factual investigation of debtor and pre-petition activities.

*Bank Account Open

**Initial Projected Date Of Final Report (TFR):**   03/12/2025

**Current Projected Date Of Final Report (TFR):**   03/12/2025

04/08/2025
_____
Date

/s/Brian R. Anderson
_____
Brian R. Anderson

Copy Served On:  John Paul Hughes Cournoyer
                           Bankruptcy Administrator

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 24-10170 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | CHADLEY CAPITAL LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7390 | Account #: | ******3323 Money Market Account |
| For Period Ending: | 03/31/2025 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/22/24 | {5} | Ruzz Hospitality Group Inc for Bill Rhew | Compensatory Sanctions Awarded to Trustee per Order entered 7/2/24 DE 115 | 1290-000 | 34,521.87 | | 34,521.87 |
| 08/22/24 | 101 | Fox Rothschild LLP | Attorney Fees - Compensatory Sanctions Awarded to Trustee per Order entered 7/2/24 DE 115 | 3110-000 | | 33,015.00 | 1,506.87 |
| 08/22/24 | 102 | Fox Rothschild LLP | Attorney Costs - Compensatory Sanctions Awarded to Trustee per Order entered 7/2/24 DE 115 | 3120-000 | | 1,506.87 | 0.00 |
| 09/18/24 | {6} | William Rhew | Proceeds from truck Bill Rhew agreed to turn over to Trustee | 1229-000 | 13,210.12 | | 13,210.12 |
| 09/26/24 | {6} | William Rhew | NSF RETURN DEPOSIT: Proceeds from truck Bill Rhew agreed to turn over to Trustee | 1229-000 | -13,210.12 | | 0.00 |
| 11/10/24 | {7} | Alan Thomas Benson Trustee | Due Diligence payment for purchase of 6081 Mountain Brook Rd, Greensboro NC | 1210-000 | 20,000.00 | | 20,000.00 |
| 11/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 17.04 | 19,982.96 |
| 12/06/24 | | Iddings & Thacker PLLC | Closing proceeds from sale of 6018 Mountain Brook Rd, Greensboro NC 27455 per Order Grating Motion to Sale entered 11/21/24 DE 174 | | 526,624.59 | | 546,607.55 |
| | {7} | | Sale proceeds. Order granting sale of real property entered 11/21/24 [DE 74]. $22,000 included with sale price for personal property sold with real property/ $1,108,500.60 | 1210-000 | | | |
| | {7} | | Due Diligence -$20,000.00 | 1210-000 | | | |
| | | Shellpoint Mortgage Servicing | Payoff to lienholder -$492,807.85 | 4110-000 | | | |
| | | NC Register of Deeds | revenue stamps -$2,217.00 | 2500-000 | | | |
| | | Akwari & Company/Wilson Realty | realtor commission -$66,510.00 | 3510-000 | | | |
| | | Higgins Benjamin LLC | closing attorney fees and expenses -$315.00 | 2500-000 | | | |
| | | Higgins Benjamin LLC | HOA judgment payoff -$731.16 | 2500-000 | | | |
| | {9} | | pre-paid county taxes and HOA dues $705.00 | 1290-000 | | | |
| 12/23/24 | 103 | Chadley Capital LLC UAD 3/28/24 | Purchase of Certificate of Deposits with Davenport & Company LLC | 2990-000 | | 350,000.00 | 196,607.55 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 521.87 | 196,085.68 |

Page Subtotals: **$581,146.46** **$385,060.78**

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** | 24-10170 |
| **Case Name:** | CHADLEY CAPITAL LLC |
| **Taxpayer ID #:** | **-***7390 |
| **For Period Ending:** | 03/31/2025 |

| | |
|---|---|
| **Trustee Name:** | Brian R. Anderson (530480) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******3323 Money Market Account |
| **Blanket Bond (per case limit):** | $2,500,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/06/25 | 104 | EREP Forest Hill I, LLC | Settlement Payment per Order Granting Motion to Compromise and Settle entered 12/26/24. DE 191 Stopped on 01/31/2025 | 3110-005 | | 15,000.00 | 181,085.68 |
| 01/27/25 | {10} | MarineMax | Settlement payment per Order Granting Motion to Compromise and Settle (return of funds used to purchase of 2021 Sea Ray boat) entered 1/13/25 DE 450 | 1290-000 | 25,000.00 | | 206,085.68 |
| 01/27/25 | 105 | Brandi Rhew | Order Granting Motion to Authorize Distribution from sale of 6081 Mountain Brook Rd, Greensboro NC entered 1/24/25 DE 203 | 2990-000 | | 126,905.33 | 79,180.35 |
| 01/29/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -521.87 | 79,702.22 |
| 01/29/25 | 106 | EREP Forest Hill I, LLC | Settlement Payment per Order Granting Motion to Compromise and Settle entered 12/26/24. DE 191 | 3110-000 | | 15,000.00 | 64,702.22 |
| 01/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 79.44 | | 64,781.66 |
| 01/31/25 | 104 | EREP Forest Hill I, LLC | Settlement Payment per Order Granting Motion to Compromise and Settle entered 12/26/24. DE 191 Stopped: check issued on 01/06/2025 | 3110-005 | | -15,000.00 | 79,781.66 |
| 02/26/25 | 107 | GreerWalker LLP | Forensic Accountant Fees for period Oct 10 - Dec 31, 2024. Order entered 2/25/25 [DE 228] | 3991-000 | | 33,926.25 | 45,855.41 |
| 02/28/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 32.86 | | 45,888.27 |
| 03/28/25 | {11} | Hendren Redwine & Malone PLLC | Settlement payment per Order granting Settlement Agreement entered 3/17/25 DE 251 | 1290-000 | 20,000.00 | | 65,888.27 |
| 03/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 25.23 | | 65,913.50 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 6 | Deposits | 639,356.58 | 7 | Checks | 560,353.45 |
| 3 | Interest Postings | 137.53 | 3 | Adjustments Out | 13,749.03 |
| | Subtotal | 639,494.11 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 574,102.48 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 639,494.11 | | | |

Page Subtotals:     $45,137.53     $175,309.71

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page:   2-3

**Case No.:** 24-10170

**Case Name:** CHADLEY CAPITAL LLC

**Taxpayer ID #:** **-***7390

**For Period Ending:** 03/31/2025

**Trustee Name:** Brian R. Anderson (530480)

**Bank Name:** Metropolitan Commercial Bank

**Account #:** ******3323 Money Market Account

**Blanket Bond (per case limit):** $2,500,000.00

**Separate Bond (if applicable):** N/A

| | |
|---|---|
| Net Receipts: | $626,283.99 |
| Plus Gross Adjustments: | $582,581.01 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,208,865.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3323 Money Market Account | $626,283.99 | $560,370.49 | $65,913.50 |
| | **$626,283.99** | **$560,370.49** | **$65,913.50** |

_____
04/08/2025
Date

/s/Brian R. Anderson
_____
Brian R. Anderson

CHADLEY CAPITAL, LLC
24-10170
QSR for period ending March 31, 2024

**SUMMARY OF FINANCIAL ACCOUNT**
**DAVENPORT & COMPANY, LLC**

| | |
|---|---|
| $802,330.06 | Beginning balance January 1, 2025 (Certificates of Deposit/Money Market) |
| $0.00 | Deposit made |
| ($1,376.85) | Net change (Dividends, interest, and other income) |
| $23,466.59 | Accrued Interest |
| $824,419.80 | Balance as of March 31, 2025 |

160625218.1

**DAVENPORT & COMPANY LLC**
P.O. Box 85678
Richmond, Virginia 23285-5678
(804) 780-2000  (800) 846-6666
investdavenport.com



**DAVENPORT** 1863
BUILDING WEALTH TOGETHER

## ACCOUNT
## STATEMENT

CHADLEY CAPITAL LLC
UAD 03/28/24
BRIAN R ANDERSON, CHAPTER 7 TTEE
230 N ELM ST STE 1200
GREENSBORO NC 27401-2417

January 1, 2025 - March 31, 2025
Account Number:

### Portfolio at a Glance

|  | This Period | Year-to-Date |
|---|---|---|
| **BEGINNING ACCOUNT VALUE** | $802,330.06 | $802,330.06 |
| **Adjusted Previous Account Value** | 802,330.06 | 802,330.06 |
| Dividends, Interest and Other Income | 7.15 | 7.15 |
| **Net Change in Portfolio¹** | -1,384.00 | -1,384.00 |
| **ENDING ACCOUNT VALUE** | $800,953.21 | $800,953.21 |
| Accrued Interest | $23,466.59 | |
| **Account Value with Accrued Interest** | $824,419.80 | |
| Estimated Annual Income | $38,157.15 | |

¹ Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.

### Table of Contents

| Section | Page | Section | Page |
|---|---|---|---|
| Client Service Information | 1 | Portfolio Holdings Disclosures | 8 |
| For Your Information | 2 | Transactions by Type of Activity | 10 |
| Messages | 2 | Your Account Information | 11 |
| Asset Summary | 6 | Money Market Fund Detail | 11 |
| Income and Expense Summary | 7 | Important Information and Disclosures | 12 |
| Portfolio Holdings | 7 | | |

### Client Service Information

**Contact Information**
**Business:** (336) 297-2801

**Client Service Information**
**Client Service Telephone Number:** (888) 742-1863
**Web Site:** WWW.INVESTDAVENPORT.COM

Davenport & Company LLC
Member NYSE · FINRA · SIPC
One James Center, 901 East Cary Street, Suite 1100
Richmond, Virginia 23219

B0073202SF30008 5D

GOPAPERLESS⊘

Page **1** of **13**

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY)
Pershing LLC, member FINRA, NYSE, SIPC