IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHADLEY CAPITAL, LLC | ) | CASE NO. 24-10170 |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |
| | ) | |
| | ) | |

**SUPPLEMENTAL NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION OF GRACE MCLAIN CAPITAL ADVISORS, LLC WITH CONSENT**

Brian R. Anderson (the "Trustee") has filed the *Chapter 7 Trustee's Motion for Substantive Consolidation of Grace McLain Capital Advisors, LLC With Consent* (the "Motion"). **PLEASE TAKE NOTICE** that your rights may be affected by the Motion. You should read the Motion carefully and discuss the same with your attorney. If you do not have an attorney, you may wish to consult with one.

Through the Motion, the Trustee seeks the substantive consolidation, effective as of March 12, 2024 (the "Petition Date"), of Chadley Capital, LLC (the "Debtor") with the non-debtor entity, Grace McLain Capital Advisors, LLC ("Grace McLain", together with the Debtor, the "Proposed Consolidated Entities"). **PLEASE TAKE ADDITIONAL NOTICE** that if the Court grants the relief requested, then the Proposed Consolidated Entities will be deemed consolidated ***RETROACTIVELY AS OF THE PETITION DATE***. Substantive consolidation would have the effect of treating the assets and liabilities of the Debtor and Grace McLain as if the liabilities were owed by, and the assets held by, a single legal entity that is a debtor in bankruptcy. Retroactive substantive consolidation would merge the Debtor and Grace McLain **as of the Petition Date**, and all the rights and obligations accompanying the initial bankruptcy filing would attach to both the Debtor and Grace McLain.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Motion before the Honorable Lena M. James at the **United States Bankruptcy Court, Courtroom 1, First Floor, 601 W. 4th St. Suite 100, Winston-Salem, NC 27101 on July 1, 2025 at 9:30 a.m.** If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **June 17, 2025**, you or your attorney must file a written response to the Motion with the United States Bankruptcy Court at the following address:

United States Bankruptcy Court
101 S. Edgeworth Street
Greensboro, NC 27401

On the same day that you mail your written response to the Motion to the Court, you must also mail or deliver a copy of the written response to the Trustee at the address listed in the signature block below on this page.

**PLEASE TAKE FURTHER NOTICE** that the Court may grant the relief requested in the Motion at said hearing. No further notice will be given.

Dated: May 28, 2025                    /s/ Brian R. Anderson
                                       Brian R. Anderson
                                       N.C. State Bar No. 37989
                                       Fox Rothschild LLP
                                       230 N. Elm Street, Suite 1200
                                       Greensboro, NC 27401
                                       Telephone: 336-378-5205
                                       branderson@foxrothschild.com
                                       *Counsel for Chapter 7 Trustee*