IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CONSOLIDATED ESTATE OF** | ) | CASE NO. 24-10170 |
| **CHADLEY CAPITAL, LLC AND** | ) | |
| **GRACE MCLAIN CAPITAL** | ) | |
| **ADVISORS, LLC** | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |
| | ) | |
| | ) | |

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

**NOTICE IS GIVEN THAT:**

On July 7, 2025, the United States Bankruptcy Court for the Middle District of North Carolina entered an *Order Granting Chapter 7 Trustee's Motion for Substantive Consolidation* (the "Order"), consolidating the above-captioned entities effective as of March 12, 2024. Assets have been recovered by the trustee.

Creditors of Grace McLain Capital Advisors, LLC who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

**Date: September 5, 2025**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the consolidated estate.

Claims may be filed electronically by accessing the claims filing program on the court's website at: http://www.ncmb.uscourts.gov/electronicproofclaimform/

If filing a claim by paper, a proof of claim form (Official Form B410) can be obtained at the United States Courts Website: **http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx** or at any bankruptcy clerk's office. The claim must be **received** by the court by the date stated above. The address of the court is listed at the bottom of this notice. To receive acknowledgment of a claim filed in paper form, you can enclose a copy of the proof of claim and a stamped self−addressed envelope. You may also access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim as well as other documents in the case. There is no fee for filing the proof of claim.

**Any creditor who has already filed a proof of claim in this case need not file another proof of claim**.

Address of Bankruptcy Court:
PO Box 26100
Greensboro, NC 27402−6100

174363732.1

This the 11th day of July, 2025.

/s/ Brian R. Anderson
Brian R. Anderson
N.C. State Bar No. 37989
Fox Rothschild LLP
230 N. Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: 336-378-5205
*Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CONSOLIDATED ESTATE OF** | ) | CASE NO. 24-10170 |
| **CHADLEY CAPITAL, LLC AND** | ) | |
| **GRACE MCLAIN CAPITAL** | ) | |
| **ADVISORS, LLC** | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that the undersigned served a copy of the NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS by electronic means or by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

| | |
|---|---|
| Amazon, Inc.<br>Attn: Officer, Managing or General Agent<br>410 Terry Ave. N.<br>Seattle, WA 98109 | Capital One, N.A.<br>Attn: Officer<br>1680 Capital One Dr.<br>McLean, VA 22102 |
| General Motors Financial Company, Inc.<br>Attn: Officer, Managing or General Agent<br>Burnett Plaza<br>801 Cherry Street<br>Ft. Worth, Texas 76102 | Infiniti Financial Services<br>8900 Freeport Parkway<br>Irving, Texas 75063 |
| Infiniti Financial Services<br>P.O. BOX 660360<br>Dallas, TX 75266-0360 | American Express National Bank<br>Attn: Officer<br>115 W Towne Ridge Parkway<br>Sandy, UT 84070 |
| Discover Bank<br>Attn: Officer<br>502 E. Market St.<br>Greenwood, DE 19950 | Green Visions Landscape, LLC<br>Attn: Officer, Managing or General Agent<br>7930 Beejay Drive<br>Browns Summit, NC 27214 |
| Harris Teeter LLC<br>Attn: Officer, Managing or General Agent<br>701 Crestdale Rd.<br>Matthews, NC 28105-1700 | U.S. Department of Treasury<br>Internal Revenue Service<br>1111 Constitution Avenue, NW<br>Washington, DC 20224 |

3

174363732.1

| | |
|---|---|
| Michael Duran<br>257 Garnet Ave.<br>San Carlos, CA 94070 | Assistant U.S. Attorney<br>c/o Civil Process Clerk Middle District of North Carolina<br>101 S. Edgeworth Street, Suite 400<br>Greensboro, NC 27401 |
| U.S. Attorney General Pam Bondi<br>U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington DC 20530-0001 | Mercedes Benz of El Dorado Hills<br>Attn: Officer, Managing or General Agent<br>1000 Mercedes Lane<br>El Dorado Hills, CA 95762 |
| Mercedes-Benz Financial Services USA LLC<br>Attn: Officer, Managing or General Agent<br>14372 Heritage Pkwy<br>Fort Worth, TX 76177 | Mission Pools Inc.<br>Attn: Officer, Managing or General Agent<br>900 Canterbury Place, Suite 100<br>Escondido, CA 92025 |
| Paramount Motor Sales LLC d/b/a Paramount Hyundai of Hickory<br>Attn: Officer, Managing, or General Agent<br>1234 S. Center St.<br>Hickory, NC 28602 | Tiffany And Company<br>Attn: Officer, Managing or General Agent<br>200 5th Ave.<br>New York, NY 10010 |
| Caldwell Academy<br>Attn: Officer, Managing or General Agent<br>2900 Horse Pen Creek Rd.<br>Greensboro, NC 27410 | The Summit Church<br>Attn: Officer, Managing or General Agent<br>4440 High Point Road<br>Kernersville, NC 27284 |
| C T Corporation System Attn: Officer, Managing, or General Agent<br>330 N. Brand Blvd., Suite 700<br>Glendale, CA 91203 | Seamless Capital Group, LLC<br>Attn: Officer, Managing, or General Agent<br>2329 Nostrand Avenue<br>Brooklyn, NY 11210 |

This the ____ day of July, 2025.

/s/ Brian R. Anderson
Brian R. Anderson
N.C. State Bar No. 37989
Fox Rothschild LLP
230 N. Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: 336-378-5205
*Chapter 7 Trustee*

4

174363732.1