Form 159

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | CONSOLIDATED ESTATE OF CHADLEY CAPITAL, LLC AND GRACE MCLAIN CAPITAL ADVISORS, LLC | Social Security number or ITIN: _ _ _ _<br>EIN: 82–2827390 |
| | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | Date case filed for chapter: 7   3/12/24 |
| Case number: | 24–10170 | |

**Notice of Tentative Hearing**
**TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**TAKE NOTICE THAT** the following request has been made with the Court:

*Motion to Approve Settlement Agreement between Brian R. Anderson, Chapter 7 Trustee (Trustee) for the consolidated bankruptcy estate of Chadley Capital, LLC and Grace McLain Capital Advisors, LLC and Wheels Up Partners, LLC (Wheels Up) regarding a transfer of a total of $150,098.12 from Debtor to Wheels Up between January 2020 and October 2022.*

*Summary of the terms of settlement:*
*(a) Wheels Up shall remit the sum of $112,500.00 to the Trustee within 10 business days of the entry of an order approving this settlement (the Settlement Payment);*

*(b) Wheels Up agrees to waive any claim arising from the Settlement Payment in the Debtors case under 11 U.S.C. § 502(h); and*

*(c) Effective upon delivery of the Settlement Payment, Wheels Up and the bankruptcy estate agree to mutually release each other from any and all claims, other than the obligations of the Settlement Agreement.*

*A complete copy of the motion and settlement agreement can be viewed on PACER.gov*

**TAKE FURTHER NOTICE THAT** any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 10/31/25 with the movant and with the U.S. Bankruptcy Court at the following address:

United States Bankruptcy Court
101 S. Edgeworth Street
Greensboro, NC 27401

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, **a hearing** on the motion will be held.

| Hearing Details: | |
|---|---|
| Hearing Date: | 12/4/25 |
| Hearing Time: | 09:30 AM |
| Hearing Location: | Courtroom 2, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401 |

Dated: 10/15/25                                                    OFFICE OF THE CLERK/tls