Form 159

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | CONSOLIDATED ESTATE OF CHADLEY CAPITAL, LLC AND GRACE MCLAIN CAPITAL ADVISORS, LLC | Social Security number or ITIN: _ _ _ _ <br> EIN: 82–2827390 | |
| | 6081 Mountain Brook Road <br> Greensboro, NC 27455 | Date case filed for chapter: | 7  3/12/24 |
| Case number: | 24–10170 | | |

**Notice of Tentative Hearing**
**TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**TAKE NOTICE THAT** the following request has been made with the Court:

*Motion for Order Directing Production of Documents Pursuant to Rule 2004 of The Federal Rules of Bankruptcy Procedure to Colombia Private Trust, fka Pacific Premier Trust. Filed by Trustee Brian Richard Anderson.*

*Relief Requested: Directing Columbia to produce to the Trustee (Fox Rothschild LLP, Attn: Brian R. Anderson, 230 N. Elm Street, Suite 1200, Greensboro, NC 27401) all documents described in Exhibit A for examination and copying within twenty–one (21) days after entry of an order allowing this motion or such other place as may be mutually agreed or such later date as may be designated by the Trustee.*

**TAKE FURTHER NOTICE THAT** any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 12/29/25 with the movant and with the U.S. Bankruptcy Court at the following address:

United States Bankruptcy Court
101 S. Edgeworth Street
Greensboro, NC 27401

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, **a hearing** on the motion will be held.

| Hearing Details: | |
|---|---|
| Hearing Date: | 1/8/26 |
| Hearing Time: | 09:30 AM |
| Hearing Location: | Courtroom 2, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401 |

Dated: 12/12/25                                                                                   OFFICE OF THE CLERK/tls