**SO ORDERED.**

**SIGNED this 26th day of January, 2026.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CONSOLIDATED ESTATE OF | ) | CASE NO. 24-10170 |
| CHADLEY CAPITAL, LLC AND | ) | |
| GRACE MCLAIN CAPITAL | ) | |
| ADVISORS, LLC | ) | CHAPTER 7 |
| DEBTOR. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO APPROVE COMPROMISE
AND SETTLEMENT**

THIS MATTER coming on before the above signed United States Bankruptcy Judge upon the Motion to Approve Compromise and Settlement between the Chapter 7 Trustee and Christopher Small [Doc. No. 404] (the "Motion") filed by Brian R. Anderson, Chapter 7 Trustee, on January 6, 2026.

IT APPEARING that the Motion was noticed by the Court on January 7, 2026 that if no objections were filed on or before January 23, 2026, the Court would consider the Motion without a hearing, and if written objections were filed a hearing would be held on February 5, 2026 at 9:30 a.m. in the United States Bankruptcy Court, Courtroom 2, Second Floor, 101 S. Edgeworth Street, Greensboro, NC 27401. No party in interest filed an objection to the Motion. After due and proper notice to all parties in interest and after having reviewed the Motion and the entire official record,

the Court finds and concludes that that the settlement as set forth in the Motion and Settlement Agreement complies with Rule 9019 of the Federal Rules of Bankruptcy Procedure and is fair, equitable, reasonable, and in the best interest of the estate and creditors.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is granted and the terms of the Settlement Agreement are approved; and

2. The Trustee is hereby authorized to consummate the settlement as set forth in the Settlement Agreement.

.

[END OF DOCUMENT]

**PARTIES TO BE SERVED**

Chadley Capital, LLC
Grace McLain Capital Advisors, LLC
c/o Josh Bennett
Bennett Guthrie, PLLC
1560 Westbrook Plaza Dr.
Winston-Salem NC 27103

John Paul H. Cournoyer
U.S. Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC  27401

Christopher Small
861 Loflin Road
Denton, NC 27239

Brian R Anderson
230 N. Elm Street, Suite 1200
Greensboro, NC 27401

All parties that have filed a Notice
of Appearance in the case