**SO ORDERED.**

**SIGNED** this 3rd day of February, 2026.



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### GREENSBORO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CONSOLIDATED ESTATE OF ) | CASE NO. 24-10170 |
| CHADLEY CAPITAL, LLC AND ) | |
| GRACE MCLAIN CAPITAL ) | |
| ADVISORS, LLC ) | CHAPTER 7 |
| DEBTOR. ) | |
| ) | |

### ORDER GRANTING MOTION TO APPROVE COMPROMISE AND SETTLEMENT

THIS MATTER coming on before the above signed United States Bankruptcy Judge upon the Motion to Approve Compromise and Settlement between the Chapter 7 Trustee and Gary and Hope Tinnes [Doc. No. 414] (the "Motion") filed by Brian R. Anderson, Chapter 7 Trustee, on January 13, 2026.

IT APPEARING that the Motion was noticed by the Court on January 14, 2026 that if no objections were filed on or before January 30, 2026, the Court would consider the Motion without a hearing, and if written objections were filed a hearing would be held on March 5, 2026 at 9:30 a.m. in the United States Bankruptcy Court, Courtroom 2, Second Floor, 101 S. Edgeworth Street, Greensboro, NC 27401. No party in interest filed an objection to the Motion. After due and proper notice to all parties in interest and after having reviewed the Motion and the entire official record,

the Court finds and concludes that that the settlement as set forth in the Motion and Settlement Agreement complies with Rule 9019 of the Federal Rules of Bankruptcy Procedure and is fair, equitable, reasonable, and in the best interest of the estate and creditors.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is granted and the terms of the Settlement Agreement are approved;

2. The Trustee is authorized to consummate the settlement as set forth in the Settlement Agreement; and

3. Claim No. 99 is disallowed.

[END OF DOCUMENT]

**PARTIES TO BE SERVED**

Chadley Capital, LLC
Grace McLain Capital Advisors, LLC
c/o Josh Bennett
Bennett Guthrie, PLLC
1560 Westbrook Plaza Dr.
Winston-Salem NC 27103

John Paul H. Cournoyer
U.S. Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC  27401

Gary and Hope Tinnes
164 Hudler Road
Winston Salem, NC 27107

Brian R Anderson
230 N. Elm Street, Suite 1200
Greensboro, NC 27401

All parties that have filed a Notice
of Appearance in the case